AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00108 |
| BRADLEY JAMES BOKOSKI | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 5/16/2022 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **BRADLEY JAMES BOKOSKI**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings

Date: 05/16/2022

*Issuing officer's signature* — 2022.05.16 16:56:32 -04'00'

City and state:   Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/16/2022, and the person was arrested on *(date)* 5/25/2022
at *(city and state)* EAGLE MOUNTAIN, UT.

Date: 5/25/2022

*Arresting officer's signature*

BRIAN W. KIMBALL, SPECIAL AGENT FBI
*Printed name and title*