AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cr-207 |
| BRADLEY BOKOSKI | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Bradley Bokoski.

Date:   06/24/2022

*Marc Eisenstein*
*Attorney's signature*

Marc Eisenstein/1007208
*Printed name and bar number*

Coburn & Greenbaum PLLC
1710 Rhode Island Ave, NW 2nd Floor
Washington, DC 20036
*Address*

marc@coburngreenbaum.com
*E-mail address*

(202) 470-2695
*Telephone number*

(866) 561-9712
*FAX number*