# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY BOKOSKI, et al.,<br><br>Defendants. | Criminal No. 1:22-cr-207 |

## [PROPOSED] ORDER

On consideration of Defendant Bradley Bokoski's Unopposed Motion to Modify Conditions of Release, and the entire record, it is hereby

**ORDERED** that the Motion be, and it hereby is **GRANTED**. It is

**FURTHER ORDERED** that the conditions of release imposed by this Court on June 7, 2022 (Dkt. No. 16) shall be modified to only require advance notice of travel outside of the District of Utah, subject to the existing restrictions on travel outside of the United States or internationally.

                                                                                          _____
                                                                                          HON. CHRISTOPHER R. COOPER
                                                                                          UNITED STATES DISTRICT JUDGE

COPIES TO ALL PARTIES

4