IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 22-CR-207 (CRC) |
| v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| BRADLEY BOKOSKI, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Bradley Bokoski, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election,

which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.7 million dollars for repairs.

7.Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Bradley Bokoski's Participation in the January 6, 2021 Capitol Riot*

8.The defendant, Bradley Bokoski, lives in Eagle Mountain, Utah. On January 5, 2021, defendant traveled from Reno, Nevada to Dulles International Airport, via plane. The purpose of the defendant's trip was to attend President Trump's rally.

9.Once he arrived in Virginia, defendant met up with his son who had traveled to Washington, D.C. from Illinois to attend the rally.

10.On the morning of January 6, the defendant and his son went to the National Mall where they joined a large crowd. Afterward, defendant and his son walked towards the United States Capitol building.

11.Once they reached the Capitol, defendant and his son joined a large crowd, gathered on restricted grounds, on the West side of the Capitol building. While there, defendant observed

police lines and protestors climbing on the scaffolding that had been set up near the inaugural stage.

12. Defendant and his son walked to the Upper West Terrace where a large group had gathered near the Senate Wing Doors and the Senate Parliamentarian door.

13. According to security footage, rioters breached the Senate Parliamentarian door at approximately 2:42 PM. Approximately five minutes later, defendant and his son entered the Capitol Building through the Senate Parliamentarian door at 2:47 PM.

14. Defendant used his phone to take photos after he entered the Capitol building.

15. While inside the U.S. Capitol, defendant walked with his son in the hallway. Defendant and his son exited the building through the Senate Parliamentarian door at approximately 2:52 p.m. Defendant was inside the U.S. Capitol building for approximately 4-5 minutes.

## *Elements of the Offense*

16. Bradley Bokoski knowingly and voluntarily admits to the elements of 40 U.S.C. § 5104(e)(2)(G). Specifically, defendant admits that he willfully and knowingly demonstrated inside the United States Capitol Building.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Jason M. Crawford
Jason Crawford
Trial Attorney
D.C. Bar No. 1015493

## DEFENDANT'S ACKNOWLEDGMENT

I, Bradley Bokoski, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: October 6, 2022

Bradley Bokoski
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 10/6/2022

Marc Eisenstein
Attorney for Defendant