# **EXHIBIT D**

December 14, 2022

Fr. Ariel F. Durian
Administrator - St. Peter Catholic Church
634 N 600 E
American Fork, UT 84003
arieldurian@outlook.com
816-7291312


Dear Judge Cooper,

My name is Fr. Ariel Durian, and I am a Catholic priest serving in the Diocese of Salt Lake City and presently the Administrator of St. Peter Catholic Church in American Fork, UT. I wrote this letter in behalf of Mr. Bradley Bokoski. I have come to know Mr. Bokoski around two years ago when he started coming to our church service every Sunday, and since then he has been faithful in coming to our celebration. At times whenever he is around I always have a nice conversation with Mr. Bokoski, until I invited him to join the Ministry of Lectors and he gladly accepted the invitation. Since then, he has been faithful and responsible in fulfilling his task assigned to him. Many at times he would offer his help if we need some things to do, supports our food sales, and I find him easy to work with and considered him an asset to our Church community.

I was made aware by Mr. Bokoski of his present predicament, and that he had pled guilty to his crime. In your kindness, I am asking your good office to be more compassionate in your judgment and in granting Mr. Bokoski a minimal sentence. I can assure you that Mr. Bokoski is a good man of faith, and a bonafide member of our Church.

I thank you in advance for the kindness you will give Mr. Bokoski, and if you have any inquiry that your office wishes to ask of me, I would be happy to help. Again, thank you very much and God bless.


Sincerely,

_____
Fr. Ariel Durian

December 19, 2022

MEMO:	Character Letter: Brad Bokoski

FROM:	Yvonne M Cubberley
	Seymour, IL 61875

Dear Judge Cooper,

This letter is in response to an inquiry I received on behalf of my cousin, Brad Bokoski.

I've known Brad since we were kids (1960's), as my maternal grandmother was his great aunt, and his grandmother was my great aunt.

Brad has always been a strong family man of faith.  He attended the Catholic church growing up.  We would see each other at family gatherings.  He is a generous person.  I remember eating a grand meal at an expensive restaurant with him and his son that he took me to for my birthday with my parents. He took time to invite me to chose family belongings from my great aunt's home after his father passed away.  He has met my husband and children at different family occasions.  He has remained in close contact over the many years with my mom and I, which is amazing in this day and age and with the distance we live apart from each other.

Even more importantly, he is devoted to his family.  He has researched the family tree and shared the documents with me, so I have information on our ancestry.  This means a lot to me and my family.

Brad has always been an exemplary American citizen.  I understand the gravity of what happened on January 6, 2020.  However, he is not and should not be treated as a criminal.  He is simply a citizen who made a choice at that moment.

I firmly believe he should not serve any time, probation, or fees.  Furthermore, this one event does not and should not define Brad with a court record.  Please consider this and expunge his record of this unfortunate life event/choice.  I thank the court in advance in considering Brad's case.

Sincerely,

*Yvonne M. Cubberley*

Yvonne M. Cubberley

15514 Bosque Valley Ct.

Cypress, TX. 77433

October 17, 2022

The Honorable Judge Christopher R. Cooper

U.S. District Court for the District of Columbia

333 Constitution Avenue, N.W.

Washington D.C. 20001

Dear Judge Cooper:

My name is Charles Wayne Muscarello, a personal friend of Brad Bokoski. Brad and I started our friendship in the early 1990s when we worked together in the IT (information Technology) department at the Amoco headquarters based in Chicago. He and I worked closely together in the same team for several years before I moved to the Internal Audit (IA) group. Shortly after I started, Brad joined IA as well. As auditors, we traveled to many Amoco locations worldwide and often stayed at the same hotels and worked at the same office locations. When BP acquired Amoco, I was assigned as an expat at the BP headquarters in London England. Brad was assigned many internal audits in London where we continued to work and socialize for the three years I was abroad.

Returning to Chicago after my London expat role ended, Brad and his son Matt became very close friends to me and my family, sometimes spending holidays with us. When I was relocated to Houston, Brad and Matt vacationed in Houston staying with us in our home. Brad is considered a family member to us, so much so, we exchange Christmas gifts with him each year.

I am writing this letter to provide you with information about Brad's character, his accomplishments, and his commitment to his community and faith. Brad is one of the few people I know who is deeply committed to his catholic faith. He is a member of the Knights of Columbus and regularly attends church and volunteers at his parish. When he vacations at our home, he attends the local Catholic Church on Sunday so he doesn't miss mass when he's on the road. In his old Chicago neighborhood, the houses are very close together and the neighbors know each other very well. Brad has an easy-going personality and well-respected neighbor and friend. When my family visited his Chicago home, we experienced firsthand the interaction with his neighbors. Because of his faith and ethics, Brad pleaded guilty to the crime he committed. I spoke to Brad at length about the incident at the Capitol Building on January 6th and he expressed his remorse for what happened.

Brad has a bachelor's and master's degree from prominent universities and is extremely intelligent coupled with good common sense. Brad is a perfect example of a good person getting caught up in a bad situation and making a mistake, that seemed inconsequential at the time but had high impact on himself and many others. He personally told me he was shaken by what happened and was truly remorseful for

what he had done. Brad has never seen the inside of a real jail; much less be placed inside one. As a man of faith, he is disappointed in himself and the problems he has brought upon him and his family.

Thank you for the opportunity to let me provide you with some small insight into Brad's life. It was easy for me to write about Brad because he is an example of what a decent person encompasses. I also know you see thousands of these types of letters from family members stating what a great person their family member or friend is and asking for leniency. Brad and I both agree that crimes should be punished, and Brad is willing to accept the sentence that the court hands down. I hope you will consider the information in this letter when sentencing Brad.

For more information about me, please visit my LinkedIn page at https://www.linkedin.com/in/charles-wayne-muscarello-6297491/ If you would like to communicate directly, I would be happy to provide any additional information require. You can reach me at:

wayne.muscarello@gmail.com

Cell (630) 730-7056

*Charles W. Muscarello*

Charles Wayne Muscarello

Christopher Jason Palmer
Neighbor
1807 e cosmos drive unit f1
Eagle Mountain, Utah, 84005
(801)857-4107

Dear Judge Cooper:

I have been Brad's neighbor for almost a year and a half. I know him and his values very well. We have been friends for the full time I have known him. I have gotten to know him and his values very well. I can assure Brad is a great person with high values.

Brad is a very kind and thoughtful person. He always includes me and my wife in fun activities he plans. (barbecues, get-togethers, etc.) He has always been very caring. He always asks how me and my wife are as well as our dog. He is always kind enough to bring food and treats for all the holidays and any special occasions. I consider him a good friend as well as a very good person and citizen. I understand the situation he has found himself in and how it can affect all of our lives.  I hope this letter gives you a better picture of Brad and the kind of person he is.

Thank you for your consideration of this letter. Hopefully this gives a good insight to the kind of person he is. I would like to ask for a minimum sentence for Brad. He is a genuinely kind person.
Please feel free to call and confirm any questions or concerns.

Sincerely,
Chris Palmer

Genevieve Franz
910 Oldfield Road
Downers Grove, Illinois, 60516
genevievefranz712@gmail.com
Phone: (630)800-6965

Dear Judge Cooper,

I'm writing this character reference to explain how I know Bradley Bokoski.  I'm his cousin once removed.  Brad's grandmother raised him from a baby.  She was his father's mother and my mother's sister. They loved him very much & he loved them.  I've known and loved him since he was born.  He's one year younger than my own daughter.  Brad is very close to his son, Matthew.

His hobbies are gardening and cooking.  Brad was raised as a devout Catholic and is active @ church and in Knight's of Columbus.

Years gone by, his father became quite ill.  Brad moved in with him to be his caregiver until his father died.  He gave his father a lovely funeral.

Brad has a beloved Beagle dog, Terk.  When Terk developed a debilitating stroke, Brad made an appliance that enabled Terk to stand to be able to urinate and defecate.  Brad needed to carry Terk anywhere he needed to go.
For months, he administered physical therapy; then, Terk finally recovered.  He loves Terk.

 As far as I know, the raid on our Capitol Building was the first wrong-doing in which Brad ever became involved.  I know he is pleading guilty and is aware that he made a mistake.  He and I have talked and he knows to think ahead in the future.
   I thank the court and ask the judge to consider a minimal sentence.  Please contact me if you have questions regarding my letter.

Sincerely,

Genevieve Franz

Kimberly Anne Baccelli

Friend

485 East 6th St.

Battle Mountain NV 89820

Cancarian69@msn.com

775-857-5904


Dear Judge Cooper,

I am a friend of Brad Bokoski. I met him through my boyfriend Michael Miller who is Brad's friend for a few years now.  It's been a couple years from the time I met Brad. I know him well enough to be able to provide a good character reference.

I am writing this letter on his behalf because I believe he is a genuinely good person who has never had any ill intent towards anyone or anything. Brad is intelligent, articulate, witty, considerate, and kind.  He is an upstanding citizen who cares for his family and friends and his community. He is a law abiding, productive citizen who loves his country. He is always ready and willing to help someone whenever they are in need to the best of his ability. There have been couple of occasions now that I have needed a place to stay overnight for travel.

He has always been a gracious host and gone above and beyond the call of duty for myself, as well as, Michael whenever we have stayed with him. He cooks huge meals to share with his neighbors and is always willing to engage in conversation with anyone wanting to talk.

I would like to thank the judge and court for their time. I am available to confirm the facts of this reference if needed. I am heartfully requesting the lightest sentence possible.


Thank you again,

Best Regards

Kimberly Baccelli.

Michael C. Miller
485 East 6th Street
Battle Mountain, NV 89820

Dear Judge Cooper:
My name is Michael Miller and I am writing to you on behalf of Brad Bokoski.  Brad was my neighbor here in Battle Mountain, NV and is also my friend.  I have known him for over four years.

I write to you so that the court will have a deeper understanding of Brad as a person and in hopes that the court will exercise leniency during his sentencing in January.  I respect that Brad has agreed to plead guilty to the charge brought against him.

What can I tell you about him?  I can tell you that he has been a reliable and generous friend.  He was instrumental in steering me back to my Catholic faith.  He is the reason I am now a lector in my parish and he was a generous doner to Alter Society and Knights of Columbus.

We have shared many meals together and the guy is a great cook and wonderful host.  His chicken Parmigiano would knock your socks off.  His dog Terk is a Beagle that he rescued from the wilds of Virginia many years ago and the two are constant companions.  He is a solid Catholic man and a responsible individual.

In closing, I'd like to thank the court for the opportunity to submit this letter on Brad's behalf and ask for leniency in his sentencing.

Respectfully,
Michael Miller

Dear Judge Cooper

I have been friends with Brad Bokoski for decades. We remain in frequent contact even though miles separate us since his departure from Illinois.

It's important that I write this letter to give clear insight as to the content of Brad's character.
Hardworking, Generous, and Helpful are the first words that come to my mind. He often spends free time helping at church events that benefit others. He has a good moral core.

One example that comes to mind is a story he told me. One afternoon Brad took a drive with his older rescue Beagle named Terk. Terk enjoys going for long rides to remote areas to sniff for rabbits and loves to bark at cows grazing. While driving that day on a remote road that I would call "In the middle of nowhere" Brad came across two men that were sitting roadside next to their disabled vehicle. Brad immediately stopped to help them. He gave them water and tried to jump their car. That didn't work, so he gave one of the two a ride to a near by town to get help and return that person back to the car while having a tow truck follow them to the exact location of the break down.

It seems like a simple act of kindness, but from my perspective, being a life long Chicagoan, my city sense would tell me not to stop on a remote road where two guys could have an advantage over me, rob me, take my car and leave me there or worse. As much as I would want to help anyone, I wouldn't have stopped. I would have made a call to try and get them help but not stopped.

My point is, Brad's priority was to help these folks over his own personal safety. These are the types of things he does. I hope this gives some insight as a real example of Brad's character as a good human. There are many more examples which I'm available at any time to share if needed.

I would like to thank you Judge Cooper and the court for taking the time to read this letter.
I hope and pray for the lightest sentence.

Thank You.

Sam Pagano Jr.
3550 N Lake Shore Drive Unit 406
Chicago Illinois 60657
1-773-369-7477

Dear Judge Cooper

I'm a 85 yr old widower, my son is and has been friends with Brad Bokoski for a very long time. He is a good person. Since losing my wife a few years ago Brad has always made a point of taking the time to communicate with me. He has sent cards and gifts to me on my Birthday and Christmas. Sometimes I'll receive a surprise package for no reason.

When he comes to visit here in Chicago I get to see his little beagle which always lifts my spirts. His beagle has had a few health issues and Brad has done so much to improve the little guys health, his beagle would be lost if they were separated. Please keep that in mind on sentencing day.

Thank you for your time

Sam Pagano Sr.
3550 N Lake Shore Drive Unit 1322
Chicago Illinois 60657

708-909-0425

Dear Judge Cooper,

We have known Brad for a little over a year. In the time that we have known Brad he has been an outstanding member of our community as well as a wonderful neighbor. Brad is always looking out for his neighbors and community. One time that stands out to us is when a family in Brad's church was selling dinners for a fundraiser, Brad, bought multiple dinners and delivered them to families in the community, our family included. Brad is a kind and generous person with a big heart, always thinking of others and how he can help or make someone day better. On multiple occasions, Brad has bought goodies and presents from his church for our kids. Our family enjoy having Brad as a neighbor and member of our community, and we look forward to our interactions with him.

Sincerely,
Brian and Heather Schaugaard

December 14, 2022

Fr. Ariel F. Durian
Administrator - St. Peter Catholic Church
634 N 600 E
American Fork, UT 84003
arieldurian@outlook.com
816-7291312

Dear Judge Cooper,

My name is Fr. Ariel Durian, and I am a Catholic priest serving in the Diocese of Salt Lake City and presently the Administrator of St. Peter Catholic Church in American Fork, UT. I wrote this letter in behalf of Mr. Bradley Bokoski. I have come to know Mr. Bokoski around two years ago when he started coming to our church service every Sunday, and since then he has been faithful in coming to our celebration. At times whenever he is around I always have a nice conversation with Mr. Bokoski, until I invited him to join the Ministry of Lectors and he gladly accepted the invitation. Since then, he has been faithful and responsible in fulfilling his task assigned to him. Many at times he would offer his help if we need some things to do, supports our food sales, and I find him easy to work with and considered him an asset to our Church community.

I was made aware by Mr. Bokoski of his present predicament, and that he had pled guilty to his crime. In your kindness, I am asking your good office to be more compassionate in your judgment and in granting Mr. Bokoski a minimal sentence. I can assure you that Mr. Bokoski is a good man of faith, and a bonafide member of our Church.

I thank you in advance for the kindness you will give Mr. Bokoski, and if you have any inquiry that your office wishes to ask of me, I would be happy to help. Again, thank you very much and God bless.

Sincerely,

_____
Fr. Ariel Durian

Thomas C. Jones
7853 Dogue Indian Circle
Lorton, VA 22079
tommyj70@hotmail.com
 202-368-1657

The Honorable Judge Christopher R. Cooper
U.S. District Judge for the District of Columbia
33 Constitution Ave., NW
Washington, DC 20001

Dear Judge Cooper:

I am a long time Northern Virginia resident of Fairfax County who has known Bradley Bokoski since 2010.  We're social friends that met for pinnacle and other social activities in Washington, DC.

Since I've known Brad, I have been most impressed by the volunteer work he performed at St. Mary's Catholic Church in Woodbridge, Virginia where he was a volunteer cook at the church's weekly Sunday breakfasts and a steadfast brother and volunteer for the community service projects for the local Knights of Columbus.  Brad is a compassionate person who is always willing to help the needy and elderly. He regularly volunteered to deliver meals to elderly and homebound parishoners.  Personally, he has been a faithful friend who has always been supportive--particularly during the current illness of my mother.

I respect that Brad has pled guilty to a serious crime; however, I'm writing this letter so that the court can get a fuller picture of him as a person.  I request that the court consider the whole person when sentencing him.  I am available to clarify any statements in this letter.

Best regards,
Thomas C. Jones

The Honorable Judge Christopher R. Cooper
U.S. District Judge for the District of Columbia
33 Constitution Ave., NW
Washington, DC 20001

Dear Judge Cooper:

I am a long time Northern Virginia resident of Fairfax County who has known Bradley Bokoski since 2010.  We're social friends that met for pinochle and other social activities in Washington, DC.

Since I've known Brad, I have been most impressed by the volunteer work he performed at St. Mary's Catholic Church in Woodbridge, Virginia where he was a volunteer cook at the church's weekly Sunday breakfasts and a steadfast brother and volunteer for the community service projects for the local Knights of Columbus.  Brad is a compassionate person who is always willing to help the needy and elderly. He regularly volunteered to deliver meals to elderly and homebound parishoners.  Personally, he has been a faithful friend who has always been supportive--particularly during the current illness of my mother.

I respect that Brad has pled guilty to a serious crime; however, I'm writing this letter so that the court can get a fuller picture of him as a person.  I request that the court consider the whole person when sentencing him.  I am available to clarify any statements in this letter.

Best regards,
Thomas C. Jones

Fr. Tomy Joseph

St. John Bosco Catholic Chrch

384 S. Reese Street

Battle Mountain, NV 89820

frtomy72@aol.com

Phone 7756352576

Dear Judge Cooper:

    I am, Tomy Joseph, Pastor at St. John Bosco Catholic Church, Battle Mountain, Nevada. I am writing this Character Reference Letter for Mr. Brad Bokoski, whom I know from July 2018 as a faithful and devoted person to his faith and community.

    He was an active member and big supporter of this parish when he lived in this town. He served the Parish in many ways with his time, talent and treasures. He was a Lector for the Masses and member of Knights of Columbus. He always helped the Altar society for their activities for the community. I have also come to know Brad on a personal level and consider him a wonderful and great friend.

    I would like to thank you dear Judge Cooper and would request to consider a minimal sentence for Brad. If you have further questions please feel free to contact me any time.

Sicerely,

Fr. Tomy Joseph


"We love because He first loved us." (1Jn4:19)

With prayers and greetings,

Fr. Tomy Joseph
St. John Bosco Catholic Church
384 S Reese Street
Battle Mountain, NV 89820.

[frtomy72@aol.com](mailto:frtomy72@aol.com)

Tracey L. Bokoski
Former Wife
6361 S Long Ave
Chicago Illinois 60638
traceybokoski@gmail.com
773/592-4132

Dear Judge Cooper,

Brad and I were married in 1985 and later divorced in 2017.  I know Brad inside and out, everything he's done and hasn't done. We remain in contact with each other and are friends.  We both care for and love our son Matthew who is also a co defendant in this case.  We talk somewhat regularly on the phone, and we do care for each other's health and wellbeing.

Brad is highly active in the Catholic Church as a lector minister and an elected officer of the Knights of Columbus (an organization that does a lot of charitable works.)  I even converted to Catholicism when I was pregnant with Matthew as we wanted to raise him with good ethics and moral character.  Brad has been a Catholic all his life and a good role model for our son.

Throughout our marriage and up to the January 6th event, Brad has never been arrested or committed any crimes. He remains a good father to our son and is very generous and supportive of him.  We still remember each other's birthday and even exchange gifts at Christmas. Brad is a good person to know and befriend.

I understand he has plead guilty and that was the right thing for him to do.  Please be merciful to him. If you need to contact me for whatever reason, please feel free to call or email at the above information.

Thank you for reading this.

Sincerely,

Tracey L. Bokoski