UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:22-CR-207 (CRC) |
| | : | |
| BRADLEY JAMES BOKOSKI, and | : | |
| MATTHEW BOKOSKI, | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF FILING OF VIDEO
### PURSUANT TO LOCAL CRIMINAL RULE 49

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video exhibits in support of the sentencings in the above-captioned matter, scheduled for April 4, 2023. As video clips, they are not in a format that readily permits electronic filing on CM/ECF. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below. Unless otherwise noted, the video footage was recorded by Matthew Bokoski using Matthew Bokoski's phone and posted to Matthew Bokoski's Facebook account.

- Exhibit 1: Matthew Video Terrace 1.mp4, video recording of crowd on Northwest Terrace (approximately 6 seconds);

- Exhibit 2: Matthew Video Terrace 2.mp4, video recording of Northwest Terrace leading to Senate Parliamentarian Door (approximately 23 seconds);

- Exhibit 3: Senate Fire Door from Corridor.mp4, video recording by United States Capitol Police closed circuit video near Senate Parliamentarian Door (approximately 35 seconds);

- Exhibit 4: Senate Fire Door, from door.mp4, video recording by United States Capitol Police closed circuit video near Senate Parliamentarian Door (approximately 27 seconds); and

- <u>Exhibit 5</u>: Matthew Video Senate Fire Door Corridor.mp4, video recording of corridor near Senate Parliamentarian Door (approximately 1 minute, 15 seconds).

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   <u>s/ Lynnett M. Wagner</u>
Assistant United States Attorney
Nebraska Bar No. 21606
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20530
402-661-3700
lynnett.m.wagner@usdoj.gov

### CERTIFICATE OF SERVICE

On this 14th day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

<u>/s/Lynnett M. Wagner</u>
LYNNETT M. WAGNER
Assistant United States Attorney

3