LEAVE TO FILE GRANTED

*C. R. Coop* U.S. DJ
7/3/24
The government shall respond within 14 days of docketing.

[address redacted]

June 25th, 2024

Re: Bradley J. Bokoski
Case Number 1:22-CR-207-1

The Honorable Christopher R. Cooper
United States District Court for the District of Columbia
Attn: Chambers of District Judge Cooper
333 Constitution Avenue, N.W.
Washington, District of Columbia 20001

## Request for Early Termination of Probation and Discharge

Dear Honorable Judge Cooper:

I hope you have been well and have had many enjoyable moments with your family and friends.

Today, I would like to move the Court in seeking early termination of probation and discharge in accordance with applicable laws. This request is supported by my ongoing good and reformed behaviors as exemplified in all the points that follow. (My Probation Officer has directed me to write this letter. The Court has appointed council only for probation-initiated events.)

Your Honor, at sentencing, when I stood before you, I affirmed that I will not appear before you, nor your colleagues, in any court system, ever again with any violation of law. I continue to live my life according to that commitment. I look back favorably on my time in your court and thank you for an exemplary learning experience that reinforced all the positive values in my life.

### 18 USC 3564(c) & 18 USC 3553(a) Observed

- In accordance with statutory requirements under 18 USC 3564(c), early termination and discharge can occur at any time in the case of a misdemeanor. The defendant has been under probation for more than one year since sentencing.
- In response to 18 USC 3553(a), Mr. Bokoski will demonstrate through the following discourse that he understands the seriousness of the offense, promotes and supports law enforcement and justice, supports and conforms to the just punishment, that indeed further criminal conduct has been deterred and thus the public has been and continues to be protected from such conduct.

Mr. Bokoski has met and continues to meet all terms of probation: Mandatory Conditions, Standard Conditions and Special Conditions. He has neither Pretrial nor Probation violations. Brad has made progressive strides toward and completed his supervision objectives.

### Mandatory Conditions of Probation Met
Mr. Bokoski has:
- Not committed any federal, state, or local crimes.
- Neither possessed nor used any controlled substance or drugs.
- Successfully passed all required, random drug testing. Mr. Bokoski is not a drug user.
- Paid the $500 restitution and $10 assessment in accordance with stated terms.

### Standard Conditions of Probation Met
Mr. Bokoski has:
- Not left the District of Utah without prior written approval from Probation Services.
- Provided and continues to provide truthful responses to all questions; he has not lied.
- Lived in his Probations Service-approved home, passing all random home inspections.
- Continued to work full-time with his current employer of over eleven and a half years.
- Not communicated with any known felons.
- Not had any contact with law enforcement for any reason.
- Not violated any firearms-related conditions. Mr. Bokoski neither owns, nor possesses nor has access to firearms and related materials.
- Not been determined/informed to pose a risk to anyone or anything anywhere.

### Special Conditions of Probation Met
Mr. Bokoski:
- Provides biweekly financial disclosures and monthly Supervision reports without fail.
- Completed the required 150 hours of community service within the following *8 weeks* after sentencing.

### Innate Law-abiding Behavior Continues
January 6, 2021, was an anomaly in my lifetime behaviors. Separately, a couple of friends quipped that I have been living my entire life "on probation." Outside of the January 6th event, I have never been arrested.
- From birth, June 6, 1963, through January 5, 2021, I was never arrested; law-abiding for over fifty-seven consecutive years.
- From January 7, 2021, through May 25, 2022 (arrest), being unaware of any pending litigation, I committed no crimes, no arrests. When interviewed by the FBI, I was open and honest, forthcoming.
- From May 25, 2022, through May 25, 2023 (sentencing), I lived in full compliance with pre-trial services' terms and conditions, without any violation.
- From May 25, 2023, through the present, I continue to live in full compliance with probation terms and conditions, committing no crimes and being an asset to my community.

2

### Positive Life Changes Occurred
- The January 6th event was extremely negative and hyper-politicized, an anomaly in my life. Because of this I avoid strong political personalities who create catalysts for criminal behavior. I avoid any activity/event where wrong decisions can easily be made.
- Politically, I no longer associate with any party, registered as an American Independent.
- I have no social media accounts, curtailing any external negative influences.
- Fr. Ariel Durian, my pastor, at the beginning of 2024, appointed me to parish finance council, assuming additional responsibilities in my Catholic parish. I bring ideas, using my education and life experiences, to suggest cost reductions/savings and innovations for fundraising.
- After completing my community service, I remain an active volunteer at the St. Vincent de Paul Dining Hall participating in at least two events per month and whenever there is an emergency call out for volunteers. I have made several good friends and acquaintances as a result.
- My role in my company has expanded to include support and management of additional software products. I continue to learn and grow in my role. I pursue my PMP-Project Management Professional continuing education in maintaining my professional certification.

### Community Roles & Leisure Pursuits Continue
- I continue in my Catholic lector ministry by participating in at least two Masses per month, more on holidays. One-to-two hours preparation is required prior to each event.
- I continue to actively participate in my role in the Knights of Columbus and our fundraising and charitable events.
- My leisure pursuits, mostly on weekends, take me into the desert or mountains, visiting historic ghost towns and ghost railroads. Terk, my senior beagle dog, accompanies me.
- My neighbors invite me to participate in their families' life events: birthdays, holiday celebrations and other festivities. My neighbors are good friends.

### No Risk to Public Safety nor Recidivism Exists
- I have no personal behaviors identifiable to the risk of public safety, such as, no alcohol or drug abuse, no psychiatric disorders/episodes, no manic nor depressive events nor any other such behaviors.
- I have no history of violence in any context. There was no aggravated role in the offense of conviction. I am not a career criminal.
- Probation Services has categorized me as low risk. I have been employed for over eleven and a half years with the same company.
- I am stable in my community and actively participate in community organizations and neighborhood groups.
- I am free of any probation violations. I report on-time to my probation officer, not evasive, and my demeanor and attitude are positive and consistent.
- I do not associate with felons and drug users, and I do not personally know any.
- My lifestyle is commensurate with my income and education, and they do not vary. No significant lifestyle changes have occurred.

## Probation Hardships Exist

*Standard Conditions of Probation state that Mr. Bokoski must not knowingly leave the federal district where he is authorized to reside without first getting permission from the probation officer.*

Mr. Bokoski has consistently requested permission to travel using the required manual forms as provided by Probation Services. He has consistently obeyed notification requests by Probation Services when crossing into a different District and when arriving at his destination. Mr. Bokoski has had four probation officers each with their own travel approval process. There remains a risk that should Mr. Bokoski need to travel for his employer that the probation officer would not approve the request and thus affecting his role with the company and his livelihood. Early termination eliminates this risk.

*Standard Conditions also specify that Mr. Bokoski must live in a place approved by the probation officer. If Mr. Bokoski plans to change where he lives, he must notify the probation officer at least 10 days before the change.*

Probation Services communicated that they require 3 months notification on changing address. He is happy to comply and finds it impossible to do so; hence, the hardship. Lessors do not want to commit to a 3-month wait time after signing a lease and then having conditional acceptance pending Probation Services approval or non-approval.

Mr. Bokoski would like to move to Nevada where the cost of living is significantly less than Utah. Inflation on his rent alone has increased 37%; his Utah food expenditures have increased approximately 40%. Mr. Bokoski would like to place himself in a better financial position. He has several friends and acquaintances in Nevada, more so than in Utah, and would like to be closer to them. Early termination would remove these conditions, allowing him to live where he believes is best for his current stage of life.

## Probation Services Benefit

- Early termination has a positive effect on the case loads of Probation Services without compromising public safety. Officers will focus on offenders who continue to pose the greatest risk of recidivism.
- Caseloads decrease as well as associated costs to taxpayers. For example, travel is an 80-mile, 2-hour, round trip from Probation Services offices to Mr. Bokoski's home, saving taxpayers over $53 in mileage per trip plus four hours of officers' time for the travel.
- When the Court orders early termination, there is a reduction in expenditures and administrative burdens for Probation Services.
- Please reference, if needed, "Early Termination of Supervision, Cost-Effective and Safe" published September 24, 2013, by United States Courts, for quantitative and qualitative data further supporting early termination.

Your Honor, I maintain that my behavior is indeed law-abiding; it is inherent in my being and throughout my future. I remain in full compliance with the conditions of probation. I lead a responsible, productive lifestyle. I fully understand the gravity of my past mistake and remain deeply remorseful today as when I stood before you at sentencing. I am eager to move on and continue my life; fully realizing my potential and enjoying my senior years.

I look forward to your positive response to my petition. I am available at your request to further discuss in person or by any other means.

Thank you for your time and consideration.

Most Sincerely,

*Bradley Bokoski*

Bradley J. Bokoski

Email: brad@bokoski.com
Phone: ▮▮▮▮▮▮▮▮▮▮