UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **BRADLEY BOKOSKI**, <br><br> Defendant. | Case No. 22-cr-207 (CRC) |

### ORDER

Upon consideration of [Dkt. No. 67] Defendant's Motion for Early Termination of Probation and Discharge, it is hereby

**ORDERED** that the motion is DENIED.  Under 18 U.S.C. § 3564(c), courts may "terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor" after "considering the factors set forth in section 3553(a)" if "it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." But "[c]ourts have typically held that defendants seeking early termination under § 3564(c) must demonstrate more than just compliance with the terms of probation." United States v. Rader, No. 22-CR-57 (RCL), 2024 WL 474535, at *3 (D.D.C. Feb. 7, 2024) (collecting cases)).  Mr. Bokoski's compliance with the conditions of probation and other "law-abiding behavior," which is expected of all defendants, is therefore not by itself a basis for early termination.  See Mot. for Early Termination at 2–3.  And though early termination may be appropriate upon a showing of "changed circumstances" or "exceptional problems associated with completing [the] remaining term of probation," Mr. Bokoski has shown neither.  United States v. Ferrell, 234 F. Supp. 3d 61, 64 (D.D.C. 2017).  His only asserted hardships stem from his desire to move to Nevada and his fear that he may be denied permission to travel in the future.  See Mot. for Early Termination at

4. The Court notes that there is a process for seeking permission from the Court to relocate to another federal district that Mr. Bokoski is welcome to pursue through the Probation Office if he chooses. But given that there have been no material changes in his circumstances, the Court finds that the § 3553(a) factors do not support early termination for the same reasons explained at the sentencing hearing.

    **SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date: <u>August 1, 2024</u>